UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.

BERKSHIRE HEALTHCARE SYSTEMS, )
INC., )
)
      Plaintiff, )
)
vs. )
)
ROYAL & SUN ALLIANCE, )
)
      Defendant. )
)

## ASSENTED-TO MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

The Defendant, Royal & Sun Alliance incorrectly named herein the correct defendant being Security Insurance Company of Hartford ("Defendant"), hereby moves this Honorable Court to extend for two weeks the time for it to answer and/or otherwise respond to the Plaintiff's Complaint up to and including Monday, February 28, 2005. The present deadline for Defendant's response to the Complaint is Monday, February 14, 2005. This motion has been assented to by Plaintiff's counsel.

Wherefore, the Defendant respectfully requests that this Court grant the instant motion.

344441.1

| | |
|---|---|
| Assented to:<br>BERKSHIRE HEALTHCARE SYSTEMS, INC.<br><br>By its attorney,<br><br>*/s/ Lucy Prashker*<br>Lucy Prashker, BBO #405580<br>CAIN HIBBARD MYERS & COOK, PC<br>10 Main Street<br>Great Barrington, MA 01230<br>(413)528-4771<br><br>Dated: February 10, 2005 | ROYAL & SUN ALLIANCE<br><br>By its attorneys,<br><br>*/s/ Kathleen M. Colbert*<br>George C. Rockas, BBO #544009<br>Kathleen M. Colbert, BBO #561174<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>155 Federal Street<br>Boston, MA 02110<br>(617) 422-5300 |

344440.1