UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.
05-CV-30031-KPN

BERKSHIRE HEALTHCARE SYSTEMS, )
INC., )
          )
     Plaintiff, )
          )
vs. )
          )
ROYAL & SUN ALLIANCE, )
          )
     Defendant. )

## LOCAL RULE 7.3(A) STATEMENT

Pursuant to Local Rule 7.3(A) of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant, Security Insurance Company of Hartford incorrectly named herein as Royal and Sun Alliance, certifies the following:

Orion Capital Corporation is the immediate parent corporation of Security Insurance Company of Hartford, although there are other parent companies in the chain. No publicly held company owns 10% or more of Security Insurance Company of Hartford's stock.

35002.1

Dated: March 2, 2005

Respectfully submitted,

**Security Insurance Company of Hartford**

By its attorneys,

/s/  Kathleen M. Colbert
George C. Rockas, BBO #544009
Kathleen M. Colbert, BBO #561174
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Defendant's Local Rule 7.3(A) Statement was mailed, postage prepaid, this 2nd day of March, 2005, to the following counsel of record:

Lucy Prashker BBO# 405580
CAIN HIBBARD MYERS & COOK, PC
309 Main Street
Great Barrington, MA  01230
(413) 528-4771
(413) 528-6973 (facsimile)

/s/  Kathleen M. Colbert
Kathleen M. Colbert

35002.1