UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERKSHIRE HEALTHCARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROYAL & SUN ALLIANCE, <br><br> Defendant. | CIVIL ACTION NO. 05-CV-30031-KPN |

**JOINT MOTION TO ADJOURN DATE OF SCHEDULING CONFERENCE**

Plaintiff Berkshire Healthcare Systems, Inc. and Defendant Security Insurance Company of Hartford (d/b/a Royal & Sun Alliance) hereby jointly move for an order adjourning the scheduling conference that was to be held June 3, 2005, together with the deadline for filing a proposed scheduling order. In support, the parties state that they have been working diligently towards settlement of all claims. The parties are optimistic that the terms of a written settlement will be agreed and finalized within the next two weeks. The parties propose that they report back to the Court in writing by no later than June 8, 2005 as to whether a settlement has been finalized.

Respectfully submitted,

| BERKSHIRE HEALTHCARE SYSTEMS, INC., Plaintiff | SECURITY INSURANCE COMPANY OF HARTFORD Defendant |
|---|---|
| By its attorney, | By its attorney |
| /s/ Lucy Prashker | /s/ Kathleen M. Colbert |
| Lucy Prashker (BBO# 405580) | Kathleen M. Colbert, BBO #561174 |
| CAIN HIBBARD MYERS & COOK, PC | WILSON, ELSER, MOSKOWITZ, |
| Attorney for the Plaintiff | EDELMAN & DICKER LLP |
| 309 Main Street | 155 Federal Street |
| Great Barrington, MA 01230 | Boston, MA 02110 |
| (413) 528-4771 | (617) 422-5300 |
| (413) 528-6973 (fax) | |

Dated: May 26, 2005