UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERKSHIRE HEALTHCARE SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROYAL & SUN ALLIANCE,<br><br>Defendant. | CIVIL ACTION NO. 05-CV-30031-KPN |

JOINT REPORT TO COURT CONCERNING SETTLEMENT

Pursuant to the Court's Order dated May 27, 2005, Plaintiff Berkshire Healthcare Systems, Inc. and Defendant Security Insurance Company of Hartford (d/b/a Royal & Sun Alliance) report to the Court that the parties have reached a settlement of their respective claims in this litigation.  The parties are in the process of obtaining signatures on an agreed settlement agreement and expect to be filing a Stipulation of Dismissal with prejudice and without costs shortly.

Dated:  June 8, 2005

| | |
|---|---|
| BERKSHIRE HEALTHCARE SYSTEMS, INC., Plaintiff | SECURITY INSURANCE COMPANY OF HARTFORD Defendant |
| By its attorney, | By its attorney, |
| /s/ Lucy Prashker<br>Lucy Prashker (BBO# 405580)<br>CAIN HIBBARD MYERS & COOK, PC<br>Attorney for the Plaintiff<br>309 Main Street<br>Great Barrington, MA 01230<br>(413) 528-4771 | /s/ Kathleen M. Colbert<br>Kathleen M. Colbert, BBO #561174<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>155 Federal Street<br>Boston, MA 02110<br>(617) 422-5300 |