UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERKSHIRE HEALTHCARE SYSTEMS, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROYAL & SUN ALLIANCE,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 05-CV-30031-KPN |

## STIPULATION OF DISMISSAL

Plaintiff Berkshire Healthcare Systems, Inc. and Defendant Security Insurance Company of Hartford (d/b/a Royal & Sun Alliance) hereby stipulate to the dismissal of all claims and counterclaims asserted herein with prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| BERKSHIRE HEALTHCARE SYSTEMS, INC., Plaintiff | SECURITY INSURANCE COMPANY OF HARTFORD Defendant |
| By its attorney, | By its attorney |
| /s/ Lucy Prashker<br>Lucy Prashker (BBO#405580)<br>CAIN HIBBARD MYERS & COOK, PC<br>Attorney for the Plaintiff<br>309 Main Street<br>Great Barrington, MA 01230<br>(413) 528-4771<br>(413) 528-6973 (fax) | /s/ Kathleen M. Colbert<br>Kathleen M. Colbert (BBO#561174)<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>155 Federal Street<br>Boston, MA 02110<br>(617) 422-5300 |

Dated: June 15, 2005